```
HANSON BRIDGETT LLP
RAYMOND F. LYNCH - 119065
rlynch@hansonbridgett.com
MOLLY A. LEE - 232477
mlee@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366
```

Attorneys for Defendants
PACIFIC GULF MARINE, INC. and ANDREW CENTALA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WROTEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC GULF MARINE, INC., a Louisiana corporation, licensed to do business in California; ANDREW CENTALA, an individual, California resident; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 11-00197 SI<br><br>**STIPULATION REGARDING LENGTH OF DEPOSITIONS** |

Defendants PACIFIC GULF MARINE, INC. and ANDREW CENTALA ("Defendants") and Plaintiff DONALD WROTEN ("Plaintiff") (collectively "the Parties") hereby stipulate and agree to extend the time for the Parties to take depositions. Specifically, the Parties stipulate that Defendants may take Plaintiff's deposition for fourteen total hours and that Plaintiff can chose one witness, to be named at a later date, to depose for a total of fourteen hours. When Plaintiff decides which witness he will depose for up to fourteen hours, he will notify Defendants by providing as such in the deposition notice.

/ / /

/ / /

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: April May 9, 2011 |

                                                     LAW OFFICES OF DANIEL FEDER

By: _____
       DANIEL FEDER
       OLEG ALBERT
       Attorneys for Plaintiff
       DONALD WROTEN

Dated: ~~April xxx 2011~~ May 10, 2011

                                                     HANSON BRIDGETT LLP

By: /s/ Molly A. Lee
       RAYMOND F. LYNCH
       MOLLY A. LEE
       Attorneys for Defendants
       PACIFIC GULF MARINE, INC. and
       ANDREW CENTALA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 5/10/11

_____
The Hon. Susan Illston
United States District Judge

STIPULATION REGARDING LENGTH OF DEPOSITIONS
(CASE NO. CV 11-00197 SI)

2975197.1